CV0-157 



IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-90-157-CV





ROBERT MURR, ET. AL.,



 APPELLANTS


vs.





CEDAR FIBER COMPANY, INC.,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 450, 059, HONORABLE JAMES MEYERS, JUDGE



 





PER CURIAM


 Robert Murr, Clayton Murr, and Andrew McMahan, Jr. brought a limited appeal
from an adverse summary judgment on their counterclaim in trial court cause number 450,059. 
For the reasons stated in our opinion and judgment of November 20, 1991, in cause no. 3-90-107-CV, we deny sanctions against Cedar Fiber for a frivolous appeal, reverse the summary judgment
on the counterclaim, and remand that portion of the cause for further proceedings.


[Before Chief Justice Carroll, Justices Aboussie and Kidd; Justice Kidd Not Participating]

Reversed and Remanded

Filed:  November 20, 1991

[Do Not Publish]